```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THE ESTATE OF ARTHUR PHILLIPS    :    CIVIL ACTION
                                 :
     v.                          :
                                 :
CORRECT CARE SOLUTIONS, LLC,     :    NO. 19-3822
et al.                           :
```

ORDER

AND NOW, this 28th day of January, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Barbara Herbst and Hannah Jenkins for summary judgment is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                     J.